<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6638**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM C. BREWSTER,

Defendant - Appellant.



———————————

**No. 98-6964**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM C. BREWSTER,

Defendant - Appellant.

———————————

Appeals from the United States District Court for the Southern
District of West Virginia, at Beckley.  Elizabeth V. Hallanan,
Senior District Judge.  (CR-95-143-5, CA-97-303-4)

———————————

---

Submitted:  September 30, 1998          Decided:  October 15, 1998

---

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

William C. Brewster, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William C. Brewster seeks to appeal two district court orders dismissing his claims and denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's orders accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny certificates of appealability and dismiss the appeals on the reasoning of the district court. United States v. Brewster, Nos. CR-95-143-5; CA-97-303-4 (S.D.W. Va. Apr. 6, 1998; June 19, 1998). We further deny Brewster's motion for bail pending appeal as moot, and his motion for the preparation of transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3